Judge: John Z. Lee
Magistrate Judge: M. David Weisman
Filed: 1/03/2020
Case #'s: (See Schedule Below) INS
kp

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KERWIN POSLEY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
January 3, 2020

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE
CONCUSSION INJURY LITIGATION                                    MDL No. 2492

(SEE ATTACHED SCHEDULE)

**FILED**
3:53 pm, Jan 03, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

CONDITIONAL TRANSFER ORDER (CTO −25)

On December 18, 2013, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 988 F.Supp.2d 1373 (J.P.M.L. 2013). Since that time, 443 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John Z. Lee.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Lee.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 18, 2013, and, with the consent of that court, assigned to the Honorable John Z. Lee.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 27, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE
CONCUSSION INJURY LITIGATION          MDL No. 2492

### SCHEDULE CTO−25 − TAG−ALONG ACTIONS

|  | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | INDIANA SOUTHERN | | | |
| 20-cv-0021 | INS | 1 | 19−04460 | WASHINGTON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0030 | INS | 1 | 19−04461 | MANNING v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0032 | INS | 1 | 19−04462 | FOUTS et al v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0035 | INS | 1 | 19−04463 | COLE v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0037 | INS | 1 | 19−04464 | HOWE v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0038 | INS | 1 | 19−04471 | WILLIAMS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0039 | INS | 1 | 19−04594 | WILLIAMS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0040 | INS | 1 | 19−04595 | LABIAK v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0041 | INS | 1 | 19−04596 | HART v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0042 | INS | 1 | 19−04650 | FITZGERALD v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0043 | INS | 1 | 19−04651 | TAYLOR v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0045 | INS | 1 | 19−04652 | BUTTS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0046 | INS | 1 | 19−04654 | BAUGUS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0047 | INS | 1 | 19−04655 | ADEYEMI v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0049 | INS | 1 | 19−04656 | PATRICK v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0050 | INS | 1 | 19−04658 | BUNDY v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0052 | INS | 1 | 19−04738 | STALLWORTH v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0053 | INS | 1 | 19−04739 | |

| | | | | |
|---|---|---|---|---|
| | | | | LYON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 20-cv-0054 | INS | 1 | 19−04740 | RUCKER v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 20-cv-0055 | INS | 1 | 19−04785 | AVERY v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |